UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| NEW HAITIAN ALLIANCE CHURCH OF BOYNTON BEACH, INC., | : | CASE NO. 10-39163-BKC-PGH |
| | : | |
|     Debtor. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and respectfully moves this Court to enter an order dismissing, the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. Debtor filed a petition for voluntary relief under Chapter 11 on September 27, 2010.

2. Debtor operates as a tax exempt religious institution.

3. The Debtor filed this case as a Small Business Case.

4. Debtor's schedules reflect assets with an approximate value of $905,000. Debtor's schedules further reflect secured debt in the amount of $1,350,000, no priority unsecured and general unsecured debt in the amount of $2,000.

5. The Debtor is delinquent with its monthly operating reports. None have been filed during the pendency of the case.

6. The Debtor is delinquent with payment of its U.S. Trustee's fees but the amount due cannot be determined because reports have not been filed.

7. A review of the docket in this proceeding indicates that no activity has occurred in this case in many months.

8. Debtor filed a plan of reorganization on February 14, 2011. The Debtor has not filed a disclosure statement.

9. Section 1121(e)(2) requires small business debtors to file a plan and disclosure statement not later than 300 days after the order for relief. As of the date of this filing, 283 days have passed since the petition date.

10. Section 1129(e) requires a small business plan to be confirmed within 45 days of filing unless the time is extended under 11 U.S.C. §1121(e)(3). The Debtor has taken no action since February 14, 2011 to move this case towards confirmation. More than 45 days have passed.

11. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall dismiss or convert a case to Chapter 7 if the movant establishes cause. Section 1112(b)(4) provides a list of causes that would meet the requirements of 11 U.S.C. §1112(b)(1). Failure to pay U.S. Trustee's fees is cause pursuant to 11 U.S.C. §1112(b)(4)(K). An unexcused failure to satisfy any filing or reporting requirement is cause pursuant to 11 U.S.C. §1112(b)(F).

12. Without complete monthly reports, the U.S. Trustee cannot determine whether there is sufficient funds to reorganize, indicating an absence of a reasonable likelihood of rehabilitation, cause for dismissal pursuant to 11 U.S.C. §1112(b)(4)(A).

13. Failure to confirm the plan in a timely manner is cause for dismissal pursuant to 11 U.S.C. §1112(b)(4)(J).

14. Debtor's failure to abide by the requirements of the Bankruptcy Code is not in the best interests of creditors and the estate and constitutes grounds for dismissal or conversion under 11 U.S.C. §1112.

CERTIFICATION OF CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 9073-1(D), I have contacted the Debtor to attempt to resolve the issues herein. (Signature below).

WHEREFORE, the United States Trustee respectfully requests this Court enter an Order dismissing or converting this case to Chapter 7 and granting any other or further relief the Court deems just and appropriate.

                                              DONALD F. WALTON
                                              United States Trustee

                                              ___/s/_____
                                              HEIDI A. FEINMAN
                                              Trial Attorney
                                              Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

James M Brako    tc_legal_services@pbcgov.org , Jbrako@pbcgov.org; Rcarbone@pbcgov.org; Cjones@pbcgov.org; Ebecker@pbcgov.org
James W J Carpenter    jwc@angelolaw.com, rsg@angelolaw.com
Maurice D. Hinton    mdh@rasflaw.com, tb@rasflaw.com ;kpryce@rasflaw.com

I hereby certify that I am admitted to the Bar of the State of Florida and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to attorneys representing the United States government.

DONE this the 7th day of July, 2011.

_____/s/_____
HEIDI A. FEINMAN
Trial Attorney